

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2019

No. 04-19-00197-CR

Addie James **BATTEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-2121-CR-C
Honorable Dwight E. Peschel, Judge Presiding

## O R D E R

The reporter's record was originally due to be filed in this appeal on May 6, 2019. On May 9, 2019, this court notified the court reporter responsible for preparing the reporter's record, Ms. Patricia Wagner, that the record was late. Ms. Wagner was instructed to file the reporter's record no later than June 9, 2019.[1]

On June 12, 2019, Ms. Wagner filed a second notification of late record requesting an additional thirty-day extension of time to file the record to July 10, 2019. The notification stated Ms. Wagner had resigned her position as an official court reporter and was diligently working to catch up on all pending records. By order dated June 13, 2019, Ms. Wagner's request for an additional extension was granted.

On July 10, 2019, Ms. Wagner filed a third notification of late record requesting a third extension of time to file the record to August 10, 2019. The notification stated Ms. Wagner is diligently working to catch up on all pending records. By order dated July 15, 2019, Ms. Wagner's request was granted, extending the deadline to file the reporter's record to August 10, 2019. This court's order stated, "**NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES**."

---

[1] Ms. Wagner filed a notification of late record the same day this court sent notice to her of the late record. In her notification, Ms. Wagner requested the same thirty-day extension provided by this court's notice.

On August 12, 2019, Ms. Wagner filed a fourth notification of late record requesting a fourth extension of time to file the record to September 10, 2019. The notification states Ms. Wagner is exclusively working on the record due to be filed in this appeal but has experienced some medical issues that have prevented her from working on the record on a daily basis. The request is GRANTED. The reporter's record must be filed in this appeal no later than September 10, 2019. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

_Sandee Bryan Marion_

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2019.

KEITH E. HOTTLE,
Clerk of Court